(March 28, 1941.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. REALTY ASSOCIATES, INC., Relator-Appellant-Respondent, v. WILLIAM STANLEY MILLER and Others, as Commissioners and Constituting the Board of Taxes and Assessments in and for the City of New York, Respondents-Appellants.— Final order unanimously modified by reducing the assessment on the land to $177,100 and on the improvements to $450,000, thus reducing the total assessment to $627,100, as found by the referee, and as so modified affirmed, with twenty dollars costs and disbursements to the relator. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of NEW YORK MERCHANDISE Co., INC., Petitioner, for an Order against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, and Others, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

RICHARD J. BARRY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ. [175 Misc. 712.]

In the Matter of the Judicial Settlement of the Account of Proceedings of EDNA M. TURNER and ARTHUR H. LOEHFELM, as Executors of the Estate of FREDERICK REED BILLMAN, Deceased, and the Application of the Executors to Obtain a Construction of the Will of Said FREDERICK REED BILLMAN, Deceased, and the Appointment of Substituted Trustees of the Trusts for HELEN WOLFE and IDA AURAND Established by Said Will. CARRIE ALSBACH and Others, Appellants; EDNA M. TURNER and ARTHUR H. LOEHFELM, as Executors of the Estate of FREDERICK REED BILLMAN, Deceased, Respondents; HELEN M. WOLFE, and G. DONALD COOK, as Administrator of the Estate of CLARA I. COOK, Deceased, Respondents; IDA AURAND, Respondent.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents Helen M. Wolfe, and G. Donald Cook, as administrator of the estate of Clara I. Cook, deceased, and Ida Aurand. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ. [175 Misc. 334.]

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of BERNARD PADDEN, Respondent, v. IVAR SODERLING, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM MILES, Defendant, Impleaded with GEORGE PETERS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

ROBERT MOERS, Respondent, v. CHARLES E. GILBERT and GILBERT MANUFACTURING Co., INC., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

ROBERT MOERS, Respondent, v. CHARLES E. GILBERT and GILBERT MANUFACTURING Co., INC., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ. [175 Misc. 733.]